Mr. Dennis Colon
D.I.N. 06-A-4298
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929



April 29, 2010

The Pro Se Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

GARAUFIS, J.

Re: Petition For Writ of Habeas Corpus

Dear Sir/Madam:
    Enclosed please find a petition For a Writ of Habeas Corpus pursuant to the provisions of 28 U.S.C. § 2254.
    The $5.00 filing fee should be arriving in a separate envelope due to having to process disbursement from my inmate account.
    Can you please file this with the Court and kindly inform me what the Docket number will be.
    Enclosed also find an affidavit of service where the Kings County District Attorney was served with a copy of the petition.
    I than you in advance for your time and cooperation in this very important matter.

Respectfully yours,

/S/ Dennis Colon
     Dennis Colon

DC/me
CC: File