Mr. Dennis Colon
D.I.N. 06-A-4298
Clinton Correctional Facility
P.O. Box 2001
Dannemora, N.Y. 12929


Hon Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 10 2010 ★
BROOKLYN OFFICE

Re: Colon v. LaValley : 10-Civ-2173 : Response to Opposition

Dear Sir/Madam:
   Enclosed please find for filing with the Court the following document.

   **Response to the opposition of petition for a writ of habeas corpus.**

   Can you please accept and file the opposition for the Judge's Review and consideration.

   In closing, I thank you in advance and look forward to hearing from you soon...


                                        Respectfully yours,
                                        /S/ Dennis Colon
                                            Dennis Colon