UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

10-CV-2173 (NGG)(LB)

DENNIS COLON,
        Petitioner,

AFFIDAVIT IN SUPPORT OF MOTION TO AMEND CPL § 440.10 MOTION INTO WRIT OF HABEAS CORPUS UNDER FEDERAL RULES OF CIVIL PRACTICE § 15(B)

-V-

THOMAS LAVALLEY,
        Respondent.

RECEIVED APR 18 2012 PRO SE OFFICE

State of New York )
                ) ss.:
County of Clinton )

Dennis Colon, being duly sworn, deposes and hereby states:

1.    I am the Petitioner in the above-entitled proceeding. I make this affidavit in support of a motion pursuant to Federal Rules of Civil Practice § 15(b) to amend my CPL § 440.10 motion into my writ of habeas corpus.

2.    I am presently an inmate at the Clinton Correctional Facility located in Dannemora, New York 12929.

3.    Enclosed is Petitioner's CPL § 440.10 motion, Kings County Supreme Court denial of the motion, the application pursuant to CPL §§ 450.15 and

1

460.15 for a certificate of appeal to the CPL § 440.10 motion and the Appellate Division: Second Department's denial dated February 14, 2012.

    4.    WHEREFORE, I respectfully request that this Court enter an order pursuant to Federal Rules of civil Practice § 15(b) amending my CPL § 440.10 motion into my writ of habeas corpus.

Sworn to before me this

12 day of April, 2012

_____
NOTARY PUBLIC

Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 6/26/14

_____
Dennis Colon, #06-A-4298
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

2