UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DENNIS COLON,                                                                    JUDGMENT
                                                                                            10-CV- 2173 (NGG)
                        Petitioner,

   -against-

THOMAS LAVALLEY,

                       Respondent.
---------------------------------------------------------X

       A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 29, 2015, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated January 14, 2013; denying Petitioner's petition for a writ of habeas corpus; ordering that no Certificate of Appealability shall issue; certifying pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from the Judgment would not be taken in good faith; and denying in forma pauperis status for the purpose of any appeal; it is

       ORDERED and ADJUDGED that Petitioner's petition for a writ of habeas corpus is denied; that no Certificate of Appealability shall issue; that pursuant to 28 U.S.C. § 1915(a)(3) an appeal from the Judgment would not be taken in good faith; and that in forma pauperis status is denied for the purpose of any appeal.

Dated: Brooklyn, New York                                                   Douglas C. Palmer
        May 29, 2015                                                           Clerk of Court

                                                                         by:     */s/ Janet Hamilton*
                                                                                      Deputy Clerk