FORM 1

# NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Dennis Colon
-v-
Thomas Lavalley

## NOTICE OF APPEAL

10-cv-2173 (NGG)(LB)
Docket No.

Notice is hereby given that _Dennis Colon_
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) _Honorable Garaufis pursuant to 28 U.S.C. 2254_

entered in this action on the _29_ day of _May_, 20_15_.

x _Dennis Colon_
Signature

1. _Dennis Colon_
Printed Name

_P.O. Box 4000_
Address

_Stormville, N.Y. 12582_

( )
Telephone No. (with area code)

Date: _7/24/15_

UNITED STATES DISTRICT COURT
Eastern _____ DISTRICT OF NEW YORK

--------------------------------------------------

Dennis Colon

-v-

Thomas Luverthey

--------------------------------------------------

CERTIFICATE OF SERVICE

Docket No. 10-CV-2173 (NGG)(LB)

I, Dennis Colon _____, hereby certify under penalty of perjury that the foregoing is true and correct:

I am over eighteen years of age and reside at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York.

On July 24, 2014 I served the within Notice of Appeal _____ by depositing true copies thereof enclosed in a postpaid wrapper in an official depository under the exclusive control of the U.S. Postal Services within the State of New York and addressed as follows:

Kenneth P. Thompson
Kings County District Attorney
350 Jay Street
Brooklyn, NY 11201
(Address)

Dated: 7/24, 2015
Stormville, New York

Dennis Colon
(Signature)

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Dennis Colon    DIN: 06A4298

Legal Mail

To: Court of The
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

